**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 3:06 p.m.** on **Wednesday, December 17, 2025**, and adjourned at **3:15 p.m.**

PRESENT:   David J. Ayo, Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 9 minutes

### GRAND JURY REPORT

_X_  Final Report
_X_  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:25-CR-00356-01*** | X | |
| 2:25-CR-00357-01*** | X | |
| 2:25-CR-00360-01*** | X | |
| 3:25-CR-00361-01 | | X |
| 3:25-CR-00361-02 | | X |
| 1:25-CR-00363-01* | X | |
| 2:25-CR-00364-01* | X | |
| 2:25-CR-00365-01* | X | |
| 2:25-CR-00366-01* | X | |
| 2:25-CR-00367-01* | X | |
| 2:25-CR-00368-01* | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:25-CR-00355-01 | X | |
| 6:25-CR-00358-01*** | X | |
| 6:25-CR-00359-01*** | X | |
| 2:25-CR-00362-01 | X | |
| 1:25-CR-00369-01* | X | |

_X_   Warrants/summons ordered issued as indicated.
_*_   In Federal Custody
_**_   Superseding Indictment
_***_   State Custody