# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. 25-CR-00361 |
| Plaintiff | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE MCCLUSKY |
| IYESATA MARSH | * | |
| Defendant | * | |

## MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes Defendant IYESATA MARSH, who submits this Motion to Continue her initial appearance which is presently scheduled for January 28, 2026.

1.

The Defendant currently resides in Manhattan, New York City, New York.

2.

Given the projected inclement weather the week of the Defendant's initial appearance, the delays in flights, and the cancelled flights and routs that have already occurred, Defendant fears that she cannot arrive in Monroe, Louisiana in time and in a way that would be safe. Defendant requests that her initial appearance be continued two weeks to allow for travel to be rescheduled.

WHEREFORE, defendant IYESATA MARSH prays that the instant motion be granted and the Defendant's initial appearance currently set for January 28, 2026, be upset and reset to a date of this Honorable Court's choosing.

CERTIFICATE I certify that a copy of the MOTION TO CONTINUE was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing.

Signed this 26th day of January, 2026.

/s/Keith T. Whiddon

Keith T. Whiddon

Respectfully Submitted,

/s/Keith T. Whiddon

Keith T. Whiddon, LA BRN 35384
WHIDDON CRIMINAL DEFENSE
609 N. 5th Street
Monroe, Louisiana 71201
T: (318) 387-2776
F: (318) 387-2767
Email: keith@ktwlegal.com

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. 25-CR-00361 |
| Plaintiff | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE MCCLUSKY |
| IYESATA MARSH | * | |
| Defendant | * | |

### [PROPSED] ORDER ON MOTION TO CONTINUE

For the reasons set forth in defendant IYESATA MARSH, and for good cause shown, it is hereby

ORDERED

IT IS HEREBY ORDERED the motion is GRANTED.

MONROE, Louisiana this _____ day of _____, 2026.