RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 1 5 2026

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

v.

IYESATA MARSH (01)
THOMAS EMANUEL COATES (02)

Defendants

CRIMINAL NO. 3:25-cr-00361

18 U.S.C. § 1349
18 U.S.C. § 1344(2)
18 U.S.C. § 1028A(a)(1)
42 U.S.C. § 408(a)(7)(B)

## FIRST SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    Bank 1 was a financial institution within the meaning of Title 18, United States Code, Section 20. The deposits of Bank 1 were federally insured by the Federal Deposit Insurance Corporation. Auto loan applications submitted to Bank 1 were processed in the Western District of Louisiana.

2.    Dealership 1 is an automotive dealership located in North Miami, Florida.

3.    **IYESATA MARSH** was a resident of New York and the owner of Business 1.

4.    **THOMAS EMANUEL COATES** was a resident of Ohio.

5.    Victim 1 was a resident of Ohio.

1

## COUNT 1
## Conspiracy to Commit Bank Fraud
[18 U.S.C. § 1349]

1.    The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.    From on or about December 22, 2022, and continuing through on or about January 19, 2023, in the Western District of Louisiana, and elsewhere, the defendants,

## IYESATA MARSH, and
## THOMAS EMANUEL COATES

and others known and unknown to the grand jury, did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, with the intent to defraud, to knowingly execute a scheme and artifice to defraud one or more financial institutions, including Bank 1, which scheme and artifice would employ a material falsehood, and to knowingly, and with intent to defraud, execute a scheme and artifice to obtain any of the moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Sections 1344(2).

## OBJECT OF THE CONSPIRACY

3.    It was the purpose and object of the scheme and artifice for the defendants to unlawfully enrich themselves by, among other things, obtaining money

from Bank 1 by submitting a loan application containing materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants, MARSH and COATES, sought to accomplish the object and purpose of the conspiracy and the scheme and artifice to defraud included, among other things, the following:

4.     **MARSH** did prepare and submit a loan application in her name and the name of Victim 1 to Bank 1 in order to purchase a 2019 Land Rover Range Rover Sport from Dealership 1.

5.     **COATES** provided **MARSH** with Victim 1's name, social security number, and a copy of her Ohio driver's license without the authorization of Victim 1.

6.     The loan application falsely represented that Victim 1 was the primary applicant and used Victim 1's name and social security number without authorization.

7.     The loan application falsely represented that Victim 1 was employed as a "Remote Supervisor" at Business 1 and received a salary of $9,200 per month.

8.     The loan application falsely listed a social security number for **MARSH** that was not assigned to **MARSH**.

9.     The loan application falsely listed a "Home Phone" number for Victim 1 that was, in fact, **COATES's** personal mobile number.

3

10.    **MARSH** used Victim 1's name, social security number, and official State issued driver's license number without authorization on Dealership 1's Retail Buyer's Order, which was subsequently submitted to Bank 1.

11.    **MARSH** obtained a vehicle loan for $48,697.44 from Bank 1 as a result of the fraudulent vehicle loan application.

12.    **COATES** and **MARSH** took physical possession of the 2019 Land Rover Range Rover Sport and used it for their personal benefit.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
## Bank Fraud
### [18 U.S.C. § 1344(2)]

1.    The General Allegations section and the allegations set forth in Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.    From on or about December 22, 2022, and continuing through on or about January 19, 2023, in the Western District of Louisiana, and elsewhere, the defendants,

### IYESATA MARSH, and
### THOMAS EMANUEL COATES

and others known and unknown to the grand jury, with the intent to defraud, did knowingly execute, and cause the execution of, a scheme and artifice to obtain money and funds owned by, and under the custody and control of, one or more financial institutions, that is, Bank 1, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact.

4

## EXECUTION OF THE SCHEME AND ARTIFICE

3.    On or about December 30, 2022, the defendants, **IYESATA MARSH** and **THOMAS EMANUEL COATES**, did execute and cause the execution of the aforesaid scheme and artifice to defraud, by knowingly submitting and causing to be submitted a vehicle loan application to Bank 1 for the purchase of a 2019 Land Rover Range Rover Sport, in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT 3
### Aggravated Identity Theft
[18 U.S.C. § 1028A(a)(1)]

On or about December 30, 2022, in the Western District of Louisiana, and elsewhere, the defendants,

### IYESATA MARSH, and
### THOMAS EMANUEL COATES

during and in relation to a felony violation of Title 18, United States Code, Section 1349, as charged in Count 1, did knowingly possess, transfer, and use, without lawful authority, the means of identification of another person, that is, the name, official State issued driver's license number, and social security number of Victim 1, knowing that the means of identification belonged to another real person, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

5

## COUNT 4
### False Representation of a Social Security Number
[42 U.S.C. § 408(a)(7)(B)]

On or about December 30, 2022, in the Western District of Louisiana, the defendant,

**IYESATA MARSH,**

for the purpose of obtaining anything of value from any person and for any other purpose, knowingly and with the intent to deceive, falsely represented a social security account number with the last four digits "9974" to be the social security account number assigned to her by the Commissioner of Social Security, when in fact such social security account number was not assigned to her by the Commissioner of Social Security, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

**REDACTED**

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY


SETH D. REEG
ASSISTANT UNITED STATES ATTORNEY