UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO.  3:25-CR-00361

VERSUS                                      JUDGE DOUGHTY

IYESATA MARSH (01)                          MAGISTRATE JUDGE McCLUSKY
THOMAS EMANUEL COATES (02)

**UNITED STATES' MOTION TO DISMISS
COUNT 3 of FIRST SUPERSEDING INDICTMENT**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the UNITED STATES OF AMERICA who files this motion to dismiss Count 3 of the First Superseding Indictment pending in this case as to the defendants Iyesata Marsh and Thomas Emanuel Coates.

1.

On December 17, 2025, the defendants Iyesata Marsh and Thomas Emanuel Coates were indicted by a grand jury seated in the Western District of Louisiana charging them with three counts. (Rec. Doc. No. 10). These were Conspiracy to Commit Bank Fraud (Count 1), Bank Fraud (Count 2), and Aggravated Identity Theft (Count 3). On April 15, 2026, the grand jury returned a First Superseding Indictment charging Iyesata Marsh with an additional count of False Representation of a Social Security Number (Count 4).

2.

The United States has received new information which necessitates the dismissal of Count 3 (Aggravated Identity Theft) of the Superseding Indictment. In the interest of justice, the United States now moves this Honorable Court to dismiss Count 3 of the pending Superseding Indictment as to defendants Iyesata Marsh and Thomas Emanuel Coates without prejudice.

3.

Undersigned counsel has consulted with counsel for both defendants and has been advised that they have no objection to Count 3 being dismissed.

WHEREFORE, the United States prays this Honorable Court to issue an Order dismissing Count 3 of the pending Indictment as to the defendants Iyesata Marsah and Thomas Emanuel Coates without prejudice.

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney

By:    /s/ *Seth D. Reeg*
Seth D. Reeg (La. Bar No. 34184)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71111
(318) 676-3600