UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA                  CRIMINAL NO.  3:25-CR-00361

VERSUS                                     JUDGE DOUGHTY

IYESATA MARSH (01)                         MAGISTRATE JUDGE McCLUSKY
THOMAS EMANUEL COATES (02)

## JUDGMENT

Upon consideration of the United States' Motion to Dismiss Count 3 of the First Superseding Indictment pending in this case as to the defendants Iyesata Marsh and Thomas Emanuel Coates,

**IT IS HEREBY ORDERED** that, in the interest of justice, Count 3 of the First Superseding Indictment shall be **DISMISSED** without prejudice as to the defendants Iyesata Marsh and Thomas Emanuel Coates.

DONE AND SIGNED this 26th day of May 2026, at Monroe, Louisiana.

_____
HONORABLE TERRY A. DOUGHTY
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA